# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KATRINA GARCIA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79082 ✓ |
| KATRINA GARCIA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79083 |

FILED

JUL 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying appeals from convictions entered in justice court and remanding for further proceedings. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

This court's review of these appeals reveals a jurisdictional defect. Specifically, the district court has final appellate jurisdiction over cases arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976); *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, this court lacks jurisdiction to consider these appeals, and

ORDERS these appeals DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-29784

cc: Hon. Richard Scotti, District Judge
Katrina Garcia
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk